IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | DATE FILED: |
| ASHLEY MAISENHELDER | : | VIOLATIONS:<br>18 U.S.C. § 111(a)(1) (Assaulting, resisting, or impeding certain officers or employees – 3 counts) |
| | : | |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about August 24, 2019, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**ASHLEY MAISENHELDER**

forcibly assaulted, resisted, opposed, impeded, intimidated and interfered with an officer of the United States, as designated in Title 18, United States Code, Section 1114, that is, United States Park Ranger J.K., while J.K. was engaged in the performance of his official duties, and such acts involved physical contact and attempted physical contact with J.K.

In violation of Title 18, United States Code, Section 111(a)(1).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 24, 2019, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**ASHLEY MAISENHELDER**

forcibly assaulted, resisted, opposed, impeded, intimidated and interfered with an officer of the United States, as designated in Title 18, United States Code, Section 1114, that is, United States Park Ranger G.D., while G.D. was engaged in the performance of his official duties, and such acts involved physical contact with G.D.

In violation of Title 18, United States Code, Section 111(a)(1).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

On or about August 24, 2019, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**ASHLEY MAISENHELDER**

forcibly assaulted, resisted, opposed, impeded, intimidated and interfered with an officer of the United States, as designated in Title 18, United States Code, Section 1114, that is, United States Park Ranger M.L., while M.L. was engaged in the performance of his official duties, and such acts involved physical contact with M.L.

In violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL:

_____
GRAND JURY FOREPERSON

WILLIAM M. McSWAIN
United States Attorney